CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7007
    FAX: (415) 436-7234
    dan.karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS ANGEL ONTIVEROS CASILLAS, <br><br> Defendant. | NO. CR 25-00397 TLT (TSH) <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM DECEMBER 9, 2025, TO DECEMBER 18, 2025, AND [PROPOSED] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Luis Angel Ontiveros Casillas that the status conference scheduled for December 9, 2025, be continued until December 18, 2025, and time be excluded under the Speedy Trial Act from December 9, 2025, through December 18, 2025.

The government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing forthcoming discovery from the government. For this reason, the parties stipulate and agree that excluding time between December 9, 2025, through December 18, 2025, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from December 9, 2025, through December 18, 2025, from

STIPULATION AND [PROPOSED] ORDER
Case No. CR 25-00397 TLT (TSH)

1  computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a
2  speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
3      The undersigned Assistant United States Attorney certifies that he has obtained approval from
4  counsel for the defendant to file this stipulation and proposed order.

6      IT IS SO STIPULATED.

7  DATED: December 8, 2025                                   /s/
                                                                    DAN M. KARMEL
8                                                                      Assistant United States Attorney

10  DATED: December 8, 2025                                  /s/
                                                                   CANDIS MITCHELL
                                                                    Counsel for Defendant ONTIVEROS CASILLAS

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. CR 25-00397 TLT (TSH)

1               **[PROPOSED]** **ORDER**

2        Based upon the facts set forth in the stipulation of the parties and for good cause shown, the
3 Court finds that failing to exclude the time from December 9, 2025, through December 18, 2025, would
4 unreasonably deny defense counsel and the defendant the reasonable time necessary for effective
5 preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The
6 Court further finds that the ends of justice served by excluding the time from December 9, 2025, to
7 December 18, 2025, from computation under the Speedy Trial Act outweigh the best interests of the
8 public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS
9 HEREBY ORDERED that the status conference scheduled for December 9, 2025, is continued until
10 December 18, 2025, and the time from December 9, 2025, through December 18, 2025, shall be
11 excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
12        IT IS SO ORDERED.

14 DATED: December 8, 2025

HON. THOMAS S. HIXSON
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
Case No. CR 25-00397 TLT (TSH)